January 6, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NICHOLAS SAIR, individually and on behalf
of all others similarly situated,

                     Plaintiff,

                                    2:14-cv-06766-LDW-AKT

ALL AMERICAN VAN LINES, INC.,
RONNIE AVIRAM and ZACH "DOE",

                    Defendants.

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 12 2016 ★
LONG ISLAND OFFICE

-----------------------------------------------------------X

## ORDER GRANTING APPROVAL OF SETTLEMENT OF FAIR LABOR STANDARDS ACT CLAIMS

WHEREAS, on November 18, 2014, the Complaint was filed in the above-captioned action by Nicholas Sair, individually and on behalf of others similarly situated, and was styled as a class and collective action:

WHEREAS, all aspects of the Settlement Agreement pertain only to the named Plaintiff's claims, and 10 additional opt-in Plaintiffs also represented by Robert Wisniewski, P.C. and Firestrone & Breud by Albert Adam Breud, II, (collectively, "Plaintiffs"), and do not involve or in any way relate to the resolution of any class claims;

WHEREAS, on January 6, 2016, the Parties submitted a joint letter detailing the adequacy of the Settlement Agreement ("Joint Letter") relating to Plaintiffs' claims under the Fair Labor Standards Act ("FLSA");

WHEREAS, the Court has reviewed the Settlement Agreement and the Joint Letter;

**IT IS HEREBY ORDERED THAT:**

1. This Court approves the Settlement Agreement regarding Plaintiffs' FLSA claims and all terms related thereto as set forth in the Settlement Agreement, and finds that the

January 6, 2016

Settlement Agreement is, in all respects, a fair, reasonable, and adequate resolution of Plaintiffs' FLSA claims.

2.  This Court further approves the payments to Plaintiffs' counsel for attorneys' fees and expenses of $50,000.00.

3.  The parties have so agreed, good cause appearing, and there being no just reason for delay, this is hereby entered as a final order approving the resolution of the FLSA claims and the payment of attorneys' fees and costs in the Settlement Agreement and dismissing the entire action.

Dated: ~~January,~~ February 12, 2016
~~New York, NY~~
Central Islip, NY

SO ORDERED:

_____
HONORABLE LEONARD D. WEXLER
SENIOR UNITED STATES
DISTRICT COURT JUDGE

WSACTIVELLP:8198468.1